UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22186-CIV-KING/GARBER

KALOE SHIPPING CO., LTD.,

        Plaintiff,

v.

GOLTEN SERVICES COMPANY, INC.,

        Defendant.
_____/

## ORDER RE-SCHEDULING HEARING AND ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on Defendant's Omnibus Motion to Compel Discovery, and Motion for Sanctions (D.E. #23), and upon a *sua sponte* review of the record.

On February 16, 2007, Defendant filed its Omnibus Motion to Compel Discovery, and Motion for Sanctions. On March 20, 2007, the Court scheduled that Motion for a hearing on March 27, 2007. *See* D.E. #28. One day later, on March 21, 2007, the Court re-scheduled that hearing for 10:00 A.M. on Tuesday, May 1, 2007. *See* D.E. #29. The parties therefore had forty-one days notice of the May 1, 2007, hearing.

At approximately 4:38 p.m. on Monday, April 30, 2007, the Court received notice for the first time - via a voice mail left on the undersigned's law clerk's telephone - that Plaintiff's counsel had a conflict with the next day's hearing in the form of a hearing or trial before a District Judge of this Court. Based on that conflict and Plaintiff's request to continue the hearing based on that conflict, the undersigned postponed the May 1, 2007, hearing.

After due consideration, it is ORDERED that:

(1) A hearing will be held on Defendant's Omnibus Motion to Compel Discovery, and Motion for Sanctions (D.E. #23) on **Friday, May 25, 2007, at 2:00 P.M., at the United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida, 2nd Florida, in the New North Courtroom**.

(2) At the May 25, 2007, hearing, Plaintiff's counsel shall show cause why the Court should not impose sanctions against them for their failure to give this Court and Defendant adequate notice that they had a conflict with the hearing scheduled for May 1, 2007, particularly in light of the fact that the parties had forty-one days notice of this Court's scheduled but subsequently postponed May 1, 2007, hearing. Among other facts, Plaintiff's counsel shall be prepared to discuss the nature of and circumstances leading to the conflict, when they received notice that a conflict *might arise*, when they received notice that a conflict *had arisen*, what steps they took to avoid the conflict, and why they apparently did not attempt to advise the undersigned or the undersigned's staff of the conflict until approximately 4:38 p.m. on April 30, 2007..

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of May, 2007.

*[signature: Barry L. Garber]*

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE